# Exhibit A

PLAINTIFFS' EXHIBIT LIST
Burris v. Ethicon, et al.

| Ex No. | Date | Description | Bates No. |
|---|---|---|---|
| 1 | 6/27/2006 | Clinical Study Report--TVM-France Final Report | ETH.MESH.00012009-2089 |
| 2 | 8/15/2005 | Email chain from Anne Doherty to Kimberly Hunsicker re: Prolift | ETH.MESH.02923305-306 |
| 3 | | Short Term Results of the Prolift Procedure in 349 Patients Used in the Treatment of Pelvic Organ Prolapse | ETH-02683-696 |
| 4 | 12/15/2004 | Draft Prolift Clinical Expert Report - Charlotte Owens | ETH-37788-93 |
| 5 | | RE: Prolift +M presentation- preceptor training | ETH.MESH.00008039 |
| 6 | | Email from Renee Selman to Jennifer Paine and various recipients regarding Project Lightning Status. | ETH.MESH.00081288 |
| 7 | | E-mail from David Robinson to Jonathan Meek et al re: Please Action: Australian Prolift Registry | ETH.MESH.00832920 |
| 8 | 5/8/2008 | Email from Mark Yale to Jennifer Paine, et al re: DRAFT FDA response on PROLIFT +M for input. | ETH.MESH.00126755-6757 |
| 9 | 5/10/2004 | E-mail from Gene Kammerer to Mora Melican et al to Mesh for TVM. Discusses pain and dyspareunia. | ETH.MESH.00584846-847 |
| 10 | 6/2/2006 | Ethicon Expert Meeting, Meshes for Pelvic Floor Repair | ETH.MESH.00870466-476 |
| 11 | 9/20/2002 | Clinical Expert Report: Gynemesh Prolene Soft (Polypropylene) mesh | ETH.MESH.01154031-037 |
| 12 | | Pelvic Organ Prolapse Repair: Lesson Learned from the PROLIFT Experience | ETH.MESH.01218423-24 |
| 13 | 5/3/2006 | Email chain from David Robinson to Carolyn Brennan regarding Suzette Sutherland patient complications | ETH.MESH.01782114-115 |
| 14 | 2/2/2006 | Notes from Meeting with Dr. V Lucente and Dr. M Murphy to discuss Prolift RCT | ETH.MESH.01782783-785 |
| 15 | 11/21/2003 | Email from Michel Cosson to Scott Ciarrocca re: D'Art Risk Question | ETH.MESH.02270766-767 |
| 16 | 7/16/2004 | E-mail from Laura Angelini to Walji, Owens, Bell, Berthier, Ciarrocca, Kammerer, Re: D'Art- Conversation with Prof Jacquetin | ETH.MESH.02270857-858 |
| 17 | 1/13/2005 | Email from Sean O'Bryan to Scott Ciarrocca RE: IFU Prolift | ETH.MESH.02286052-053 |
| 18 | | Prolift IFU 05-10-2010 | ETH.MESH.02341658-64 |
| 19 | 2004 | Gynecare Prolift Total, Anterior, Posterior Pelvic Floor Repair System, package insert | ETH.MESH.02341522-527 |
| 20 | | 2006 Brochure | ETH.MESH.03905976-991 |
| 21 | | Conceptual Advances in the Surgical Management of Genital Prolapse | ETH-02800-812 |
| 22 | | PowerPoint, "Gynecare Professional Relations and Professional Education, 'Educating Customers Worldwide to improve the lives of women!,'" | ETH.MESH.00031538-60 |
| 23 | | Email from Jonathan Meek to Julie Bird Re: Pre-Reading for Prolift +M: INTERNAL USE ONLY. NOT COPY REVIEWED OR FOR DISTRIBUTION…yet | ETH.MESH.00271215-16 |
| 24 | | Email from Axel Arnaud to Laura Angelini regarding Confidential/Project TVM | ETH.MESH.03909826-29 |
| 25 | | Email from Axel Arnaud to Wessel Van Dijk re: critical Q&A. | ETH.MESH.03910637-38 |
| 26 | | E-mail from Axel Arnaud to Cheryl Bogardus re: mesh adoption. | ETH.MESH.03911617-18 |
| 27 | | Press Interview Frankfort | ETH.MESH.03923931-34 |
| 28 | | Emails to/from Vincenza Zaddem, John Madigam, Sean O'Bryan, Scott Ciarrocca, Charlotte Owens, Cyrus Guidry, November 10, 2004 Memo from charlotte Owens to Prolift Pelvic Floor Repair system- First Human Use kits Technical File (unsigned) | ETH-41140-42 |
| 29 | | Email from David Robinson to Giselle Bonet re: forgot. | ETH-80249 |
| 30 | | Clinical Expert Report | ETH-07153-58 |
| 31 | | Email string from Kevin Mahar to various re: FW FYI | ETH.MESH.00719198-209 |
| 32 | | Email string from Piet Hinoul to various re: Dindo reference and mesh use in the pelvic floor | ETH.MESH.04120969 |
| 33 | | Executive Summary - Prolift Report | ETH.MESH.00004167 |

PLAINTIFFS' EXHIBIT LIST
Burris v. Ethicon, et al.

| Ex No. | Date | Description | Bates No. |
|---|---|---|---|
| 34 | | "Meshes in Pelvic Floor Repair" By Brigitte Hellhammer | ETH.MESH.03924557 |
| 35 | | Career Development Profile for Laura Angelini | ETH.MESH.08562491-495 |
| 36 | | E-mails dated 04/18/2001 | HMESH_ETH_00959923-925 |
| 37 | | Piet Hinoul, MD, Ph.D. 04/06/12. Dep. Ex. 416 | ETH-80318 - 321 |
| 38 | | Axel Arnaud, MD 11/16/12. Dep. Ex. 663 | ETH-02962 - 971 |
| 39 | | Laura Angelini 09-17-13. Dep. Ex. 3207 | ETH.MESH.06828907 - 909 |
| 40 | | Price St. Hilaire 7/11/13. Dep. Ex. T2071 | ETH.MESH.OOG80025 - 030 |
| 41 | | Price St. Hilaire 7/11/13. Dep. Ex. 2067. | ETH.MESH.0171S847 - 848 |
| 42 | | Axel Arnaud, MD 11/15/12. Dep. Ex. 455 | ETH.MESH.00900574 - 575 |
| 43 | | Piet Hinoul, MD, Ph.D. 04/06/12. Dep. Ex. 418 | ETH.MESH.00905048, ETH.MESH.02016872 |
| 44 | | David Robinson, MD 09/11/13. Dep. Ex. 1288 | ETH.MESH.00838428 |
| 45 | | David Robinson, MD 03/14/12. Dep. Ex. 507 | ETH.MESH.00841668 - 669 |
| 46 | | Axel Arnaud, MD 11/15/12. Dep. Ex. 1187 | ETH.MESH.00585688 - 690 |
| 47 | | Renee Selman 6/21/13. Dep. Ex. 409 | ETH.MESH.00133497 - 499 |
| 48 | | Laura Angelini 09-17-13. Dep. Ex. 3229 | ETH,MESH.08167647 - 650 |
| 49 | | Laura Angelini 06-19-15. Ex. 3743 | |
| 50 | | Axel Arnaud, MD 11/15/12. Dep. Ex. 1253 | |
| 51 | | Axel Arnaud, MD 11/16/12. Dep. Ex. 1028 | |
| 52 | | Axel Arnaud, MD 11/16/12. Dep. Ex. 1269 | |
| 53 | | Axel Arnaud, MD 11/16/12. Dep. Ex. 1271 | |
| 54 | | Axel Arnaud, MD 09/25/13. Dep. Ex. 1200 | |
| 55 | | James C. Hart, MD 09/18/13. Dep. Ex. 1325 | |
| 56 | | Piet Hinoul, MD, Ph.D. 04/06/12. Dep. Ex. 16 | |
| 57 | | Piet Hinoul, MD, Ph.D. 04/06/12. Dep. Ex. 125 | |
| 58 | | Piet Hinoul, MD, Ph.D. 09/19/12. Dep Ex. 893 | |
| 59 | | Piet Hinoul, MD, Ph.D. 09/19/12. Dep. Ex. 905 | |
| 60 | | Sean M. O'Bryan 05/18/12. Dep Ex 759 | |
| 61 | | Charlotte Owens 09/13/12. Dep. Ex. 3008 | |
| 62 | | Paul Parisi 06/05/13. Dep. Ex. 127 and 128 | |
| 63 | | David Robinson, MD 03/13/12. Dep. Ex. 495 | |
| 64 | | David Robinson, MD 03/13/12. Dep. Ex. 128 | |
| 65 | | David Robinson, MD 03/14/12. Dep. Ex. 508 | |
| 66 | | David Robinson, MD 03/14/12. Dep. Ex. 519 | |
| 67 | | David Robinson, MD 08/23/12. Ex. 817 | |
| 68 | | David Robinson, MD 08/23/12. Dep. Ex. 823. | |
| 69 | | Renee Selman 6/21/13. Dep. Ex. 409 | |
| 70 | | Prolift IFU 2004 | ETH.MESH.02341454-59 |
| 71 | | Prolift IFU 2009 | ETH.MESH.02001398-473 |
| 72 | | Prolift IFU 01-12-2005 | ETH.MESH.02341454-459 |
| 73 | | Prolift IFU 12-14-07 | ETH.MESH.02341454-59 |
| 74 | | "Mesh Properties - How Important are they?" by Peter Meier | ETH.MESH.05237872 |
| 75 | | Page from FDA letter - Prolift arm pull out 12 lbf | ETH-01748-1756 |
| 76 | 1/14/2005 | Clinical Expert Report Gynecare Prolift Pelvic Floor Repair Systems | ETH-07152-58 |
| 77 | 2005 | PowerPoint entitled "Gynecare PROLIFT Pelvic Floor Repair Systems," | |
| 78 | | PowerPoint: LIGHTning, by Peter Meier | ETH.MESH.05237855 |
| 79 | | Hale 10/28/2004 email chain | ETH.MESH.00132504 |
| 80 | | PowerPoint, "GYNECARE PROLIFT* Pelvic Floor Repair Systems, Competition Overview | |
| 81 | | Zenobia Walji email to Giselle Bonet et al., re FW: Pelvic Floor Monthly- August Report- Next Gen Materials Progress | ETH.MESH.00681364 |
| 82 | | Prolift characteristics | ETH.MESH.00081180 |
| 83 | | David Robinson email to Clifford Volpe RE Cosson | ETH.MESH.00835753-55 |
| 84 | | Email from David Robinson to Price St. Hilaire Re: case for summi | ETH.MESH.00847816 |
| 85 | | Email from Peter Meier to various recipients attaching minutes of Thunder meeting | ETH.MESH.00869907 |

PLAINTIFFS' EXHIBIT LIST
Burris v. Ethicon, et al.

| Ex No. | Date | Description | Bates No. |
|---|---|---|---|
| 86 | | Email from Peter Meier to Michael Rickther, et al with attachment Clinical Evaluation Repot Mesh Erosions by Peter Meier, MD. | ETH.MESH.00869976 |
| 87 | | Transcripts and Exhibits to the deposition of Desrene Brown, M.D. | |
| 88 | | Literature review - Mesh erosions - Classification of meshes based on porosity and filament type and Mesh related complications | ETH.MESH.00869983 |
| 89 | | Email from Vincenza Zaddem to Bryan Lisa re: 510(k) mesh data. | ETH.MESH.00906445 |
| 90 | | E-mail from Ciarrocca to Everett, Re: Memo for DVer/DRM | ETH.MESH.00911303-04 |
| 91 | | Gynecare: Memo to address PDD Requirement 2.32 pertaining to clinical evidence. | ETH.MESH.00911305 |
| 92 | | E-mail from Ciarrocca to Zaddem, Everett, Re: Memo for Dver/DRM | ETH.MESH.00911407-09 |
| 93 | | Gynecare: Memo to address PDD Requirement 2.3.2 pertaining to clinical evidence. | ETH.MESH.00911410 |
| 94 | | Email from Jonathon Meek* to Price St. Hilaire re Bidirectional Elasticity Statement.  * From line is blank | ETH.MESH.00922443 |
| 95 | | Clinical Expert Report: GYNECARE PROLIFT* Pelvic Floor Repair System | ETH.MESH.01156032 |
| 96 | | 2009 Surgeon Summit Breakout Session Survey Results | ETH.MESH.01184119 |
| 97 | | Dr. Kerstin Spychaj, State of the knowledge in "mesh shrinkage" – What do we know? | ETH.MESH.01218361 |
| 98 | | Email from Gene Kammerer to Georgina Ng re: Technical data on competitive meshes from Europe. | ETH.MESH.01220710 |
| 99 | | Questions raised at follow-up meeting with Murty Vykarnam and Mora Melican | ETH.MESH.01220730 |
| 100 | | PowerPoint Presentation: Prolift +M by Piet Hinoul | ETH.MESH.01264260 |
| 101 | | Email from Robinson, RE: macroporous - lower limit of pore size | ETH.MESH.01264509-10 |
| 102 | | Cheryl Bogardus email to Kevin Mahar re FW: UltraPro evaluation - Pleas advise if there is clarity and alignment on next steps? | ETH.MESH.01274738 |
| 103 | | Memo | ETH.MESH.01314498 |
| 104 | | PowerPoint Presentation dtd 6/18/07 by Cliff Volpe & Peter Meier title "Exploratory Program 'Thunder'" | |
| 105 | | Email from Jonathan Meek to Robin Osman RE +M, with attachment | ETH.MESH.01612736-37 |
| 106 | | Jtirgen Trzewik: Mesh design argumentation issues | ETH.MESH.01752532-35 |
| 107 | | Email from David Robinson to Peter Meier re: CER | ETH.MESH.01760852 |
| 108 | | David Robinson Clinical Expert Report re UltraPro Mesh for POP Repair | ETH.MESH.01760853-61 |
| 109 | | PPT: Factors related to mesh shrinkage, What do we know? A review of literature and internal studies | ETH.MESH.01782867 |
| 110 | | Email from Piet Hinoul to David Robinson et al re: +M relaxation. | ETH.MESH.01785259-60 |
| 111 | | Email from Vanja Sikirica to Dhinagar Subramanian et al Fw: Journal of Gynecologic Surgery - Decision on Manuscript ID GYN-2010-0053 | ETH.MESH.01798410 |
| 112 | | Email from Oliver Merker to Allison London Brown et al re: Prolift Improvements - Pr Eberhard | ETH.MESH.01823906 |
| 113 | | Email from Elizabeth Vailhe to Ed Jacobs attaching Form for Test Method Applicability/Suitability | ETH.MESH.01992233 |
| 114 | | "Form for Test Method Applicability/Suitability" | ETH.MESH.01992236 |
| 115 | | Biomechanics (Pelvic Florces) What are the forces in the pelvic floor?  It depends! | ETH.MESH.02010834 |
| 116 | | Meeting minutes, Ethicon Expert Meeting: Meshes for Pelvic Floor Repai | ETH.MESH.02017152-58 |
| 117 | | Lightning Clinical Strategy | ETH.MESH.02091867 |
| 118 | | Email from Jessica Shen to Cyrus Guidry re: Final 6 month TVM safety data | ETH.MESH.02095523 |
| 119 | | E-mail from Burkley to Ciarrocca, Re: TVT Mesh Pore Size Measurement | ETH.MESH.02138454-55 |
| 120 | | Email from Dr. Joerg Holste to Jonathan Meek, et al. Re: Question on Monocryl absorption | |

Page 3 of 13

PLAINTIFFS' EXHIBIT LIST
Burris v. Ethicon, et al.

| Ex No. | Date | Description | Bates No. |
|---|---|---|---|
| 121 | | Email from Peter Meier to Jonathan Meek et al attaching Intermediate Mesh Report by Klosterhalfen | ETH.MESH.02157878 |
| 122 | | E-mail from Burkley to Vailhe, Re: Pore size reques | ETH.MESH.02183533-36 |
| 123 | | Dan Burkley porosity measurements showing less than 50% porosity on all of the Prolene meshes at the time, dtd 07/03/02 | ETH.MESH.02183537 |
| 124 | | Email from Christophe Vailhe to Michael Richter et al Re: Forces on the pelvic forces | ETH.MESH.02185583-605 |
| 125 | | Email from Danam Mendenhall to Elizabeth Vailhe et al attaching Mesh Structures Chart | ETH.MESH.02212838 |
| 126 | | PowerPoint Presentation dtd 05/09/08 titled MGPP Thunder Decision Meeting | ETH.MESH.02227224 |
| 127 | | Email from Vincenza Zaddem to Clifford Volpe with attachment Mesh/Devices Comparison Chart | ETH.MESH.02227366 |
| 128 | | Gynecare: Memo to address POD Requirement 2.3.2 pertaining to clinical evidence. | ETH.MESH.02257633 |
| 129 | | E-mail from Sean O'Bryan to Scott Ciarrocca, et. Al., Re: D'Art Clinical Expert Report (CE Mark Requirement) | ETH.MESH.02280771 |
| 130 | | Email from Mark Howansky to Scott Ciarrocca | ETH.MESH.02283684 |
| 131 | | Gynecare PROLIFT-Application FMEA-Review and APPROVAL Required Email from Scott Ciarrocca | ETH.MESH.02283781 |
| 132 | | Patient Clinical Study Report | ETH.MESH.02332106-27 |
| 133 | | Patient Clinical Study Report | ETH.MESH.02332442-63 |
| 134 | | Case Report From Gynemesh PS Study - Pt#21008 | ETH.MESH.02412690-99 |
| 135 | | When the implant worries the body PowerPoint | ETH.MESH.02587926 |
| 136 | | Timeline_experimental evaluation | ETH.MESH.02588170-80 |
| 137 | | Minutes of telephone conference 1/12/2006 | ETH.MESH.02766191 |
| 138 | 12/12/2006 | LIGHTning Project Charter | ETH.MESH.00267733-7872 |
| 139 | | Risk Management Report (Legacy) Gynecare Prolift RMR-0000053 | ETH.MESH.0311193 |
| 140 | | Carol Holloway letter to Dr. [redacted] re Product: Gynecare Gynemesh Event Date: 06/2005, Reference #10034737 | ETH.MESH.03495151 |
| 141 | | Pipeline Leadership Team Meeting Minutes | ETH.MESH.03573438 |
| 142 | | Martin Weisberg email to Carol Holloway re: File #10034737 | ETH.MESH.03576207-08 |
| 143 | | Email from Alex Gorsky to Gary Prudent re: Confidential: Background on forthcoming NEJM articles scheduled for May 12 | ETH.MESH.03641969-70 |
| 144 | | Chris Vailhe report "Polypropylene Mesh for Pelvic Floor Repair (PFR) – Focus on Mesh Exposure – Road to Improvement | ETH.MESH.03719177 |
| 145 | | PowerPoint presentation: Biomechanics (Pelvic Forces) | ETH.MESH.03753245 |
| 146 | | Meshes in Pelvic Floor Repair//Findings from literature review and conversations/interviews with surgeons by Brigitte Hellhammer | ETH.MESH.03904451 |
| 147 | | Email from Axel Arnaud to Paul Parisi re: Soft Prolene Mesh for prolapse repair. | ETH.MESH.03909986-90 |
| 148 | 2/25/2005 | Product Device Design Safety Assessment (DDSA) Approval Page | ETH.MESH.00308787-891 |
| 149 | | Email from Axel Arnaud to various recipients regarding Meeting Minutes/December 7 | ETH.MESH.03912702-07 |
| 150 | | E-mail from Gene Kammerer to Ronni Toddywal re: ULTRAPRO | ETH.MESH.03915588 |
| 151 | | E-mail from Burkley to Holste, Re: Porosity of Meshes | ETH.MESH.04035362-68 |
| 152 | | 01/29/2009 E-mail from Lisa to Chen, Re: TVT IFUs on tape extrusion, exposure and erosion | ETH.MESH.04094863 |
| 153 | | Email from Joerge Holste to Juergen Trzewik re: Poerngrosse | ETH.MESH.04945136-44 |
| 154 | | E-mail from Vellucci, with attachment | ETH.MESH.05440647-49 |
| 155 | | E-mail from Andjelic, Re: Ethicon R&D Seminar series | ETH.MESH.05440654-55 |
| 156 | 1/18/2005 | Email chain from Kelly Brown to Gene Kammerer re: Proposal for work with CBAT; Mauro Cervigni recommendations | ETH.MESH.00442831-834 |

PLAINTIFFS' EXHIBIT LIST
Burris v. Ethicon, et al.

| Ex No. | Date | Description | Bates No. |
|---|---|---|---|
| 157 | | Email from James Ward to various recipients re: Preclinical Contraction Model | ETH.MESH.05445953-69 |
| 158 | | Email from Jurgen Trzewick to pmeier re: Folos cadaver lab. | ETH.MESH.05454207-14 |
| 159 | | Gynecare Gynemesh PS brochure | ETH-00252-265 |
| 160 | | Advertisement, "One day you have prolapse. The next day you don't. Imagine that.," | ETH-00264 |
| 161 | | GPS Prolift Sales Aid 2006 | ETH-00289-00294 |
| 162 | | Gynecare Prolift Total, Anterior, Posterior Pelvic Floor repair System Instructions in various languages | ETH-00295-362 |
| 163 | | Clinical Study Report: Evaluation of the TVM technique for treatment of genital prolapse | ETH-01074 |
| 164 | | Study entitled "Preliminary results of the Prolift technique in the treatment of pelvic organ prolapse by vaginal route: A multicentric retrospective series of 100 patients | ETH-02654 |
| 165 | | Memorandum from Jeffrey Everett to Project D'Art eDHF re: Summary Memo for Revision C of the Gynecare Prolift DDSA | ETH-03531-67 |
| 166 | | Memo dated March 2, 2005, Approvals and Summary Memo for Version A of the Gynecare PROLIFT Application Failure Modes Effects Analysis (aFMEA) | ETH-07247 |
| 167 | | Email from Kelly Brown to Gene Kammerer et al re: Proposal for work with CBAT | ETH-18761 |
| 168 | | Notes from Prolift Round Table Discussion - Queensland | ETH-20069 |
| 169 | | Prolift Physician IDI's | ETH-59475-59508 |
| 170 | | E-mail from Giselle Bonet to various recipients re: Gynemesh training. | ETH-60136 |
| 171 | | E-mail form Amy Vie to Kendra Munchel et al re: Prolift results xls | ETH-62214 |
| 172 | | E-mail and attachment from Martin Weisberg to Giselle Bonet re: Prolift compNTM | ETH-80265 |
| 173 | | E-mail from Michel Cosson to Scott Ciarrocca et al re: Prolift package insert. | ETH-80303 |
| 174 | 2/13/2006 | E-mail from Gene Kammerer to Quentin Manley et al re: TVM Discussions. | ETH.MESH.00585937-939 |
| 175 | | Ethicon Expert Meeting: Meshes for Pelvic Floor Repair (norderstedt | ETH-80645-51 |
| 176 | | Email from Scott Ciarrocca to various recipients re: Mesh micron | ETH-83454 |
| 177 | | Email with attachment Daniel F. Burkley Corporate Product Characterization Analysis | ETH-83786 |
| 178 | | Ethicon, Inc. Corporate Product Characterization, Analytical Chemistry Group, Porosity Measurement of AMS Intepro Mesh | ETH-83788 |
| 179 | | PowerPoint entitled "Gynecare PROLIFT Pelvic Floor Repair Systems" 2005 | |
| 180 | | PowerPoint entitled "Gynecare Prolift Pelvic Floor Repair Systems" 2006 | |
| 181 | | PowerPoint: Graft or No Graft, by Dr. A. Arnaud | |
| 182 | | "Review of Surgical Techniques Using Mesh, David B Robinson, MD, Center for Continence and Pelvic Reconstructive Surgery, Topeka, KS" | |
| 183 | | Presentation entitled "Characteristics of Synthetic Materials Used in Prolapse and Incontinence Surgery" | |
| 184 | | PowerPoint: LIGHTning, by Peter Meier | ETH.MESH.05237855 |
| 185 | 1/21/2010 | Email from Piet Hinoul to Clifford Volpe et al re: Prosima implant dimensions. | ETH.MESH.00851319-321 |
| 186 | | PowerPoint, "Pelvic Floor Repair Platform, GAT Date - May 15, 2006," 50 pages | |
| 187 | | Poster entitled "A Clinical Assessment of GYNEMESH PS for the Repair of Pelvic Organ Prolapse," 1 page | |
| 188 | | PowerPoint Slides - T-Pro (Thunder) Pipeline Leadership Team (PLT) Stage Gate: Discovery Initiation | |
| 189 | | Document titled "Ethicon Franchise Product development Portfolio" | |

PLAINTIFFS' EXHIBIT LIST
Burris v. Ethicon, et al.

| Ex No. | Date | Description | Bates No. |
|---|---|---|---|
| 190 | | Power Point Presentation - LapLift Project Overview Pipeline Leadership Team Review; Stage: Initiation | |
| 191 | | PowerPoint Slides - The Uses of Meshes in Vaginal Prolapse Repair | |
| 192 | | PowerPoint slides, 25 pages | |
| 193 | | PowerPoint entitled "Mesh shrinkage: How to assess, how to prevent, how to manage?" 55 pages | |
| 194 | | PowerPoint Presentation: Mesh Shrinkage: How to assess, how to prevent, how to manage? By L. Velemir, B. Fatton, B. Jacquetin | |
| 195 | | US TVM Study- Primary Endpoint: 20% or greater prolapse recurrence rate= failure of primary endpoint | |
| 196 | | US TVM Study- Mesh Exposure Rates | |
| 197 | | PowerPoint, "ATHOS/ARAMIS/PORTHOS, Concept ->Feasibility, 33pages | |
| 198 | | French TVM Study- Mesh Exposure Rates | |
| 199 | | "UltraPro Plug" Presentation by Boris Batke | ETH.MESH.05478745 |
| 200 | | "Biocompatibility of Meshes" Presentation | ETH.MESH.05456984 |
| 201 | | "Exploratory Program Thunder" Presentation | ETH.MESH.02588182 |
| 202 | | 2006 Brochure | ETH.MESH.03905976-91 |
| 203 | | Pelvic Floor platform A strategic opportunity presentation | ETH.MESH.02283261 |
| 204 | | Issue Report Gynemesh PS | ETH.MESH.02640366 |
| 205 | | Meeting of the Group TVM Paris September 29, 2003 presentation | ETH.MESH.02089443 |
| 206 | | Email dated 7/26/2009 | ETH.MESH.03962895 |
| 207 | | IR Microscopy of Explanted Prolene | ETH.MESH.13334286 |
| 208 | | Project D'Art Clinical Strategy | ETH.MESH.03354810 |
| 209 | | Email from Alex Gorsky to Pruden re:Confidential: Background on forthcoming NEJM article scheduled for May 12. | ETH.MESH.03641969 |
| 210 | | Email from Judi Gauld to David Robinson et al re: RCT manuscript | ETH.MESH.00518643 |
| 211 | | Email from Piet Hinoul to David Robinson et al Re: TVM manuscript | ETH.MESH.00578939 |
| 212 | | Email from Piet Hinoul to Aaron Kirkemo et al re: TVM Manuscript | ETH.MESH.00578943 |
| 213 | | Email from Piet Hinoul to Daniel Altman et al re: TVM manuscript | ETH.MESH.00578946 |
| 214 | | Email David Robinson to Daniel Altman et al re: RCT Manuscript | ETH.MESH.01757705 |
| 215 | | Anterior Colporraphy versus Transvaginal Mesh for Pelvic-Organ Prolapse | ETH.MESH.01757713 |
| 216 | | Results | ETH.MESH.02991996 |
| 217 | | Tables | ETH.MESH.02992001 |
| 218 | | Colporraphy versus Transvaginal Mesh for Pelvic Organ Prolapse | ETH.MESH.02992006 |
| 219 | | Email from Walker to Gauld re Altman IIS RCT Submitted | ETH.MESH.04526463 |
| 220 | | Email from Piet Hinoul to Zeb Viana re: Prosima Take Away Messages | ETH.MESH.0086463 |
| 221 | | "Polypropylene is Not Inert in the Human Body" Presentation by Donald R. Ostergard | |
| 222 | | Biomechanical consideration for Pelvic floor mesh design | ETH.MESH.04038003 |
| 223 | | 12/21/2011 Polypropylene Mesh for Pelvic Floor Repair (PFR) Focus on Mesh Exposure - Road to Improvement | ETH.MESH.04038032 |
| 224 | | 07/21/2007 Research Report - An Investigational Study of Swine Models to Evaluate Mesh Contraction and Tissue Integration Over a 13 Week Period | ETH.MESH.05449056 |
| 225 | | 5/29/1992 Ten Year In Vivo Study: Scanning Electron and Light Microscopy Interim Report on Dog #1955 After 6 Years, 10.5 Month, SR# 33788 | ETH.MESH.09888100 |
| 226 | | 09/30/1987 Melveger - IR Microscopy of Explanted Prolene Received from Prof. R. Guidion | ETH.MESH.12831391-1404 |
| 227 | | Expert Report of Vladimir Iakovlev MD and all materials cited and relied on | |
| 228 | | ACOG Practice Bulletin dated February 2007 | |
| 229 | | Email string from Bart Pattyson to various re: Hello. | ETH.MESH.01716847-48 |
| 230 | | Email string from Price St. Hilaire to Vincent Lucente re: OBG Management/Pelvic Health Coalition supplement-FINAL | ETH.MESH.00467706-09 |

PLAINTIFFS' EXHIBIT LIST
Burris v. Ethicon, et al.

| Ex No. | Date | Description | Bates No. |
|---|---|---|---|
| 231 | | Meeting Agenda | ETH.MESH.04081189 |
| 232 | | Email string from James Hart to various re: Prolift PMS Update | ETH.MESH.04121280-81 |
| 233 | | Email from Axel Arnaud to Martin Weisberg re: Soft Prolene | ETH.MESH.03910175 |
| 234 | | Prolift +M Protocol | ETH.MESH.00408354 |
| 235 | | Memo to PMS File from Dan Lamont re: Prolift Post Market Surveillance Report Review Session Meeting Minutes | ETH.MESH.04121309-11 |
| 236 | | Email from Scott Jones to Fah Che Leong re: SLU Uro-GYN Follow up | ETH.MESH.08367243 |
| 237 | | Email from Kimberly Hunsicker to various re: Prolift | |
| 238 | | Prospective Clinical Assessment of TVM – 1 Year Results | |
| 239 | | Benefit Risk Profile of Transvaginal Mesh Products Used for the Treatment of Pelvic Organ Prolapse (signed by Piet Hinoul) | ETH.MESH.06836620-57 |
| 240 | | Clinical Expert Report - Gynecare Prolift +M Pelvic Floor Repair System | ETH.MESH.08315779-810 |
| 241 | | What has to be considered for alloplastic selection of nets and slings at the pelvic floor | |
| 242 | | Experimental investigations with alloplastic materials | |
| 243 | | October 2007 Powerpoint titled "Concept of complex regional pain syndrome in the groin and strategies for treatment" | |
| 244 | | St. Moritz meeting 01/14/2003 Powerpoint titled "PVDF: a new alternative?" | |
| 245 | | PPT: Factors related to mesh shrinkage, What do we know? A review of literature and internal studies | ETH.MESH.02097287 |
| 246 | | Powerpoint titled "Concept of complex regional pain syndrome in the groin, and strategies for treatment" | |
| 247 | | 37th Congress of the ESSR 05/25/2002 Powerpoint titled "Pathophysiological concept for mesh repair" | |
| 248 | | Powerpoint titled "Complications of open incisional hernia repair (IHR) | |
| 249 | | 02/03/08 email from Petra Koehler to Drs. Klinge, Klosterhalfen and Schumpelick re Definition of Lightweight Concept | |
| 250 | | Prolift A Mesh Kit | |
| 251 | | Lucente Webinar Transcript | ETH.MESH.00067356 |
| 252 | | Packet of 1099s | |
| 253 | | Mechanisms of Cytotoxicity for TVT Polypropylene Mesh | ETH.MESH.02134271-73 |
| 254 | | Document titled "Porosity, Thomas Barbolt 30(b)(6) Deposition Ethicon/MDL" | |
| 255 | | Final Report, PSE Accession No. 00-035 "AN EXPLORATORY 9I-DAY TISSUE REACTION STUDY OF POLYPROPYLENE-BASED SURGICAL MESH IN RATS (PSE ACC. NO. 00-0035)" | ETH.MESH.10040025-59 |
| 256 | | FINAL REPORT, PSE ACCESSION NO. 01-0321, PROJECT NO. 48010 A 28-DAY TISSUE REACTION STUDY OF PROLENE POLYPROPYLENE MESH AND AUTOCLAVED PROLENE | ETH.MESH.07506192-201 |
| 257 | | Document titled "28-Day Rat Autoclaved Study, Thomas Barbolt 30(b)(6) Deposition Ethicon/MDL" | |
| 258 | | PROLENE* MESH — BIOLOGICAL EVALUATION IN RABBITS | ETH.MESH.10575607 |
| 259 | | TEN YEAR IN VIVO SUTURE STUDY SCANNING ELECTRON MICROSCOPY FIVE YEAR REPORT | ETH.MESH.11336474 |
| 260 | | SEVEN YEAR DATA FOR TEN YEAR PROLENE TM STUDY: ERF 85-219 | ETH.MESH.11336034-070 |
| 261 | | Pamphlet entitled "Pelvic Organ Prolapse; Get the facts, be informed, make your best decision" | |
| 262 | | Email from Andrew Meek re Pelvic Floor Repair Course - Second Draft Content Documents | ETH.MESH.00008041 |
| 263 | | Ethicon Products, In. Pelvic Floor Repair Online Training Course | ETH.MESH.00008043 |
| 264 | | Email from Scott Jones re PROLIFT+M Pre-reading #1 | ETH.MESH.00035379 |
| 265 | | Email from Marianne Kaminski re Preceptor "Voicemails" | ETH.MESH.00126954 |

PLAINTIFFS' EXHIBIT LIST
Burris v. Ethicon, et al.

| Ex No. | Date | Description | Bates No. |
|---|---|---|---|
| 266 | | Email from Ophelie Berthier re ICS Prolift Abstracts | ETH.MESH.00130117 |
| 267 | | Gynecare Prolift Pelvic Floor Repair Systems: Forums and Round Table Summary | ETH.MESH.00158295 |
| 268 | | Email from Daniel Lamont re 50% mesh elongation | ETH.MESH.00301874 |
| 269 | | Gynecare Prolift Pelvic Floor Repair System Surgical Technique | ETH.MESH.00419571 |
| 270 | | Intermediate Report - Prolapse Mesh Explants 6/2009 | ETH.MESH.00570955 |
| 271 | | Email from Gene Kammerer to Fabrice Jendly et al re Ultrasonic Slitting of Prolene Mesh for TVT | ETH.MESH.00584811 |
| 272 | | Memo to Giselle Bonet, Price St. Hilllaire, Linda Linton, Ophelie Berthier re Contact report - June 21, 2006 | ETH.MESH.00741137 |
| 273 | | Clinical Evaluation report - Mesh Erosions | ETH.MESH.00869977 |
| 274 | | Email from Gene Kammerer re D'Art - Conversation with Prof. Jacquetin | ETH.MESH.01220871 |
| 275 | | Kammerer Product development chart | ETH.MESH.01816990 |
| 276 | | Biomechanical consideration for Pelvic floor mesh design | ETH.MESH.02185584 |
| 277 | | Prof. Guidoin explant materials - Degradation notebook | DEPO.ETH.MESH.00000367 |
| 278 | | Shrinking Meshes? | ETH.MESH.05446129 |
| 279 | | Ethicon Surgeon Panel Meeting - Mesh - Suvretta House Hotel | ETH.MESH.05455878 |
| 280 | | "The (clinical) argument of lightweight mesh in abdominal surgery" presentation by Boris Batke | ETH.MESH.05479410 |
| 281 | | "The (clinical) argument of lightweight mesh in abdominal surgery" Power Point presentation by Boris Batke | ETH.MESH.05479411 |
| 282 | | "Lightweight Mesh" PowerPoint presentation | ETH.MESH.05479466 |
| 283 | | Microporous, Medium & Macroporous grid | ETH.MESH.05479535 |
| 284 | | "Ethicon Polypropylene Mesh Technology" Powerpoint by Boris Batke | ETH.MESH.05479718 |
| 285 | | PA Consulting report "Investigating Mesh Erosion in Pelvic Floor Repair" | ETH.MESH.07192929 |
| 286 | | 7 Year Dog Study with explant images | ETH.MESH.09557798 |
| 287 | | Biomechanical consideration presentation | ETH.MESH.09656632 |
| 288 | 10/15/2004 | E-mail from Vincent Lucente to Ciarrocca, Re: GYNECARE PROLIFT* PELVIC FLOOR REPAIR SYSTEM (PROJECT D'ART)- DDSA Rev1- Final | ETH.MESH.02273358-359 |
| 289 | | Seven Year Data for Ten Year Prolene Study: ERF 85-219 | ETH.MESH.09888187-223 |
| 290 | | 5/20/99 Dog Study notes | ETH.MESH.12831380 |
| 291 | | Handwritten 1988 Lab notebook | ETH.MESH.15144988 |
| 292 | | Series of memos regarding Prolene* (Polypropylene) Microcrack | ETH.MESH.15955438-73 |
| 293 | | Report by Daniel Burkley titled "Fourier Transform-Infrared Examination of Prolene Microcrack and Photo-Oxidized Polypropylene" | ETH.MESH.15958336 |
| 294 | | Letter to Quentin from Christoph Walther | HMESH_ETH_00379723 |
| 295 | | Prolene Mesh Improvement Project | HMESH_ETH_00782152 |
| 296 | | Email from R. Rousseau to R. Tannhauser discussing 5 mil construction | HMESH_ETH_02030355 |
| 297 | | Research funding agreement (Drug/Medical Device and Financial Support - United States) | ETH.MESH.00411824 |
| 298 | | 02/23/2009 Email from N. Ehsani to M. Murphy, V. Lucente, H. van Raalte, et al. re: Final abstract for Prolift database | VLMM00000604 |
| 299 | 10/7/2004 | Email from Steve Bell to Kevin Mahar et al FW: TVM-First Training-key learnings | ETH.MESH.02282833-834 |
| 300 | | Letter from 598 9 de Leval to Angellini, et al | ETH.MESH.02180759 |
| 301 | | Email from A. Kirkemo to P. Hinoul, et al. Re: My revised writeup of the DeLeval and Waltregny visit | ETH.MESH.01202101 |
| 302 | | Ethicon patent for PVDF mesh | |
| 303 | | History of Prolift | ETH.MESH.03932906 |
| 304 | | Gynemesh PS Mesh | |
| 305 | | Prolift +M Mesh Kit | |
| 306 | | PPT: Gynemesh PS Study | ETH.MESH.00142524-33 |
| 307 | | Financial Associations of Authors — NEJM-website | |

Page 8 of 13

PLAINTIFFS' EXHIBIT LIST
Burris v. Ethicon, et al.

| Ex No. | Date | Description | Bates No. |
|---|---|---|---|
| 308 | | Full Disclosure and the Funding of Biomedical Research — NEJM-website | |
| 309 | | Sponsorship, Authorship, and Accountability — NEJM-website | |
| 310 | | e-mail from Axel Arnaud | ETH.MESH.03910418 |
| 311 | | Daoud 5/03/2003 email chain re Appel Urgent de Leval | ETH.MESH.03934930 |
| 312 | | 4/30/03 Meeting Report - Tension-free Vaginal Obturatory Tape (TVOT) - Profession Jean de Leval & Dr Oliver Reul (CHU Sart Tilman) Dr. Frederick Daoud (Medalliance on behalf of Ethicon) | ETH.MESH.03934952 |
| 313 | | Community Hospital Records | |
| 314 | | 06/05/2012, Hinoul and M. Henderson Surgeons ltr. | ETH.MESH.04568045 |
| 315 | | Study Notes, Possible Complications for Surgeries to Correct Pelvic Organ Prolapse and Stress Urinary Incontinence | ETH.MESH.04082973 |
| 316 | | Chen 12/19/2008 email chain re #10100080654 and TVT IFUs | ETH.MESH.04092868 |
| 317 | | Work in Progress Weekly | ETH.MESH.04081301 |
| 318 | | Definition for Major Invasive Surgeries And The Ethicon Franchise Products Requiring Major Invasive Procedures for Implantation | ETH.MESH.00321804 |
| 319 | | Medical Assessment Tracking #10100054041 | ETH.MESH.04097335 |
| 320 | | PPT - List of Treatment Options, P2810 Prolift Anterior, P2292 Prolift Total | |
| 321 | | PPT - Tension Free | |
| 322 | | PPT - Design Challenge/Fine Balance | |
| 323 | | PPT - Design Requirements | |
| 324 | | PPT - David Robinson - Unacceptably High Complication Rates | |
| 325 | | PPT - Prolift/TVM complication rates | |
| 326 | | PPT - Prolift/TVM Complication Rates - Comparison | |
| 327 | | PPT - Medically Unsafe Prolift Characteristics | |
| 328 | | PPT - Injuries Caused by Medically Unsafe Prolift Characteristics | |
| 329 | | PPT - Treatment of Prolift Complications | |
| 330 | | PPT - David Robinson Testimony - Benefits Should Far Outweigh Risks | |
| 331 | | PPT - Ethicon Warning Standards | |
| 332 | | PPT - Prolift Patient Brochure | |
| 333 | | Ethicon document showing a payment of $38,160 to Dr. Hale | H.MESH.ETH.11738285 |
| 334 | | Article "Pelvic magnetic resonance imaging for assessment of the efficacy of the Prolift system for pelvic organ prolapse" | ETH.MESH.06384155 |
| 335 | | 2-page copy of document dated 3/22/10 entitled "Appendix 6, Amendment and Administrative Change Approval Form," | ETH.MESH.0048092 |
| 336 | | Hinoul 04/16/2009 email chain re TVTO length | ETH.MESH.01238454 |
| 337 | | Intermediate Report - Prolift Mesh Explants 6/2009 | ETH.MESH.02157879 |
| 338 | | PowerPoint slide entitled "Patient Injury Due to Mesh Inflammation and Contraction" | |
| 339 | | PowerPoint slide entitled "Prolift Unsafe/Defective Mesh Design" | |
| 340 | | Article entitled "New Polymer for Intra-Abdominal Meshes - PVDF Copolymer" | |
| 341 | | PowerPoint "Gynecare PROLIFT Pelvic Floor Repair Systems | |
| 342 | | PowerPoint Gynecare Prolift+M Pelvic Floor Repair System, Training Presentation | ETH.MESH.00074499 |
| 343 | | | ETH.MESH.00585229 |
| 344 | 5/18/2011 | Investigating Mesh Erosion in Pelvic Floor Repair - PA Consulting Group | ETH.MESH.02589032-079 |
| 345 | | PowerPoint Gynecare "The Use of Meshes in Vaginal Prolapse Repair' | |
| 346 | | Article, "The Argument for Lightweight Polypropylene Mesh in Hernia Repair" | ETH.MESH.01424029-035 |
| 347 | | IFU-1 Animal Studies Volume I | |
| 348 | | Ten Year In Vivo Suture Study Scanning Electron Microscopy Five Year Report | ETH.MESH.111336474-87 |
| 349 | | FDA - Biocompatibility Test Tesults | ETH.MESH.00371496-594 |
| 350 | | ERF Accession No. 83-477 Project No. 16104 Summary | ETH.MESH.10645237-42 |
| 351 | | 21-page copy of document entitled "Project Edelweiss,' | ETH.MESH.05585033-053 |

PLAINTIFFS' EXHIBIT LIST
Burris v. Ethicon, et al.

| Ex No. | Date | Description | Bates No. |
|---|---|---|---|
| 352 | | Defendant Ethicon's Operative Answer | |
| 353 | | PowerPoint - "Chronic Pain - Prevention/Future - Bioengineers Point of View" by Boris Batke | ETH.MESH.05916450 |
| 354 | | PowerPoint - "Innovations in Mesh Developement" by Boris Batke | ETH.MESH.04037600 |
| 355 | | E-mail dated 5/4/04 to Karen Zaderej, et al., from Jill Schiaparelli | ETH.MESH.05918776 |
| 356 | | E-mail string, top one dated 10/22/10 | ETH.MESH.05567793-794 |
| 357 | | E-mail string, top one dated 11/10/10 | ETH.MESH.08516130-132 |
| 358 | | DVD - Benefits of Lightweight Meshes in Ventral Hernia Repair | |
| 359 | | Sunoco Material Safety Data Sheet for C4001 Polypropylene Homopolymer (04/13/05) | ETH.MESH.02026591-595 |
| 360 | | E-mail dated 5/4/04 | ETH.MESH.06918776 |
| 361 | | Chevron Phillips Material Safety Data Sheet for Marlex Polypropylenes | |
| 362 | | 510(k) Notification for Prolene Polypropylene Mesh Hernia Device Nonabsorbable Synthetic Surgical Mesh | ETH.MESH.08515453-497 |
| 363 | | E-mail chain, top one dated 21 Jan 2010, | ETH.MESH.00549777-779 |
| 364 | | Material Specification for TVT Prolene Polypropolene Mesh Roll Stock | ETH.MESH.02219202-210 |
| 365 | | Email dated 22 April 2009 | ETH.MESH.02148431-460 |
| 366 | | Article - "Mesh is Pelvic Floor" - by Bridgitte Hellhammer | ETH.MESH.05493965-999 |
| 367 | | Email dated 13 March 2006 by Joerg Holste | ETH.MESH.05466127-138 |
| 368 | | Article - "Shrinking Meshes?" by Hellhammer, Kolher, and Holste | ETH.MESH.05495419-422 |
| 369 | | Transvaginal mesh repair of anterior and posterior vagina wall prolapse: a clinical and ultrasonographic study | |
| 370 | | Article - "Complications from vaginally placed mesh in pelvic econstructive surgery," | |
| 371 | | E-mail(s), dated 8/17/00 | ETH.MESH.10216874-875 |
| 372 | 8/25/2008 | PowerPoint Slides - T-Pro (Thunder) Pipeline Leadership Team (PLT) Stage Gate: Discovery Initiation with notes. | ETH.MESH.03021946 |
| 373 | | E-Mail Chain ending 3-13-2006 | ETH.MESH.05446127-139 |
| 374 | | E-mail dated 2/16/11 to Judi Gauld, et al., from Dr. Joerg Holste, plus attachments | ETH.MESH.03146492-516 |
| 375 | | dFMEA | ETH.MESH.00753166-171 |
| 376 | | Email Chain | ROV00001-5 |
| 377 | | AUGS /SUFU MUS Task Force Meeting - December 5, 2013. | ROV0018-19 |
| 378 | | Email Chain | ROV00162-64 |
| 379 | | Snapshot of AUGS Website | |
| 380 | | Material Safety Data Sheet | BSCM05100117275-83 |
| 381 | | TVT IFU | ETH.MESH.05225354-385 |
| 382 | | Prolene Mesh Re-Design Project | ETH.MESH.09264945-946 |
| 383 | 6/24/2004 | E-mail from Gene Kammerer to Dieter Engel re: Mesh Research. | ETH.MESH.03358784 |
| 384 | | Email Chain | ETH.MESH.07387254-257 |
| 385 | | Memorandum - TVT Tension-free Vaginal Tape Media Materials | ETH.MESH.00156682-750 |
| 386 | | Correspondence - Akademiska sjukhuset | ETH.MESH.00400954-956 |
| 387 | | "Correspondence" in the BJU International | |
| 388 | | Email dated March 30, 1999 from Carol Gillick | ETH.MESH.00203456 |
| 389 | | Article "An Introduction to Tension-Free Vaginal Tape (TVT)-A New Surgical Procedure for Treatment of Female Urinary Incontinence" by Ulmsten | ETH.MESH.09748790-791 |
| 390 | | Email chain dated June 1, 2001 from Bridgitte Hellhammer | ETH.MESH.05494064-066 |
| 391 | | KOL Interview: Carl G. Nilsson | ETH.MESH.04048515-520 |
| 392 | | Memorandum - GYNECARE TVT Tension-free Support for Incontinence Professional Education Enhancements | ETH.MESH.00159634-719 |
| 393 | | Email dated 06 March 2002 from Martin Weisberg | ETH.MESH.03738517-519 |
| 394 | | Issue Report - TVT Retropubic 1999-2000 | ETH.MESH.02620914-917 |
| 395 | | Pelvic Floor Repair- Surgeon's Feed-back on Mesh Concept | ETH.MESH.05644163-171 |
| 396 | | 5/29/14 E-Mail from Solimon to Weisberg | ETH.MESH.17636680 |
| 397 | | Franchise Internal Failure Investigation Report | ETH.MESH.17636681-684 |

PLAINTIFFS' EXHIBIT LIST
Burris v. Ethicon, et al.

| Ex No. | Date | Description | Bates No. |
|---|---|---|---|
| 398 | | Franchise Form for Product Risk Escalation Assessments | ETH.MESH.17636685-693 |
| 399 | | 5/21/14 E-Mail Chain | ETH.MESH.18840386-387 |
| 400 | | 6/14 E-Mail Chain | ETH.MESH.17656995-998 |
| 401 | | 4/14 E-Mail Chain | ETH.MESH.17634327-328 |
| 402 | | 2006 "Causes of recurrence in laparoscopic inguinal hernia repair" Article by Kukleta | |
| 403 | | 3/23/03-3/30/06 Gynemesh PS IFU | ETH.MESH.02342194-196 |
| 404 | | 3/31/06-12/11/08 Gynemesh PS IFU | ETH.MESH.02342278-280 |
| 405 | | "Gynemesh PS - Urinary Adverse Reactions" | |
| 406 | | 12/8/08-4/14/14 Gynemesh PS IFU | ETH.MESH.02342218-220 |
| 407 | | TVM Working Group Prolift Emails | ETH.MESH.03937801-05 |
| 408 | | Johnson & Johnson Credo | |
| 409 | | 2020-2022 Ethicon/ J&J SEC 10-k filings | |
| 410 | | Interest (Discount) Rates www.federalreserve.gov/releases/h15/ | |
| 411 | | Price/Inflation Trends http://data.bls.gov/PDQ/servlet/SurveyOutputServlet | |
| 412 | | US Life Tables (2017), Life expectancy of Plaintiff | |
| 413 | | Document on Design of New Mesh for Prolapse Repair | ETH.MESH.12009027-35 |
| 414 | | Prolift Patient Brochure | ETH.MESH.03905968 |
| 415 | | Prosima and Prolift +M Patient Brochure | ETH.MESH.03906001 |
| 416 | | Prolift Patient Brochure | ETH.MESH.03906037-52 |
| 417 | | Prolene Resin Manufacturing Specifications | ETH.MESH.02268619-21 |
| 418 | | Crack Depth in Explanted Prolene PP Sutures | ETH.MESH.12831405-06 |
| 419 | | Melveger Report Prolene Microcracking | ETH.MESH.15958452-69 |
| 420 | | Melveger Report Microcrack Experiments | ETH.MESH.15958445-51 |
| 421 | | Prolene Explant Photographs | ETH.MESH.15958470-77 |
| 422 | | Prolene Explants Study Meeting Minutes 10/08/87 | ETH.MESH.12831407-08 |
| 423 | | Report on Expert Meeting: Mesh Repair of Uretovaginal Prolapse | ETH.MESH.12006257-59 |
| 424 | 4/14/2005 | E-mail from Joerg Holste to Thomas Barbolt et al re: WG: UltraPro vs. Prolene Soft Mesh | ETH.MESH.04945231-239 |
| 425 | | Sunoco Material Safety Data Sheet (03/12/04) | |
| 426 | | Sunoco Material Safety Data Sheet (11/20/06) | |
| 427 | | Gynemesh PS Mesh Brochure | ETH.MESH.000015690-91 |
| 428 | | Meek Email Chain: Covidien Pelvic Floor Repair System | ETH.MESH.0034875 |
| 429 | | Email Chain re: ICD-9-CM Procedure Code Appl for Sept Meet | ETH.MESH.00136420-22 |
| 430 | | Robb Email Chain re: Draft Manuscript | ETH.MESH.00738769-71 |
| 431 | | Dodd Email Chain re: Pelvic Health Supplement | ETH.MESH.01280858-60 |
| 432 | | Comments for OBG Supplement | ETH.MESH.00720002-003; 0720004-007 |
| 433 | | Robinson Email Chain RE: ACOG Practice Bulletin on Mesh | ETH.MESH.02316434-66 |
| 434 | | Guidoin Explants/Quebec Explants Report | ETH.MESH.15406978 |
| 435 | | Examination of Ends of PREP and Prolene Sutures Report | ETH.MESH.15958433-44 |
| 436 | | Owens Blue Mesh Email | ETH.MESH.00865322-23 |
| 437 | | Project D'Art Design & Development Overview | ETH-3420-79 |
| 438 | | Chen Anatomical Relationships of Tension Free Vag Mesh Trocars | ETH-02601 |
| 439 | 11/9/2005 | E-mail from Gene Kammerer to Dieter Engel re: Gynemesh PS w/ Monocryl | ETH.MESH.05243256-259 |
| 440 | | Tremp Life Care Plan & Reports | |
| 441 | | Ethicon Consent Judgment | |
| 442 | | Prolift IFU 09-30-09 | ETH.MESH.02001398-1404 |
| 443 | | Prolift Animation Video(s) | |
| 444 | | Defendants' Discovery Responses | |

PLAINTIFFS' EXHIBIT LIST
Burris v. Ethicon, et al.

| Ex No. | Date | Description | Bates No. |
|---|---|---|---|
| 445 | | Letter about Owens | ETH.MESH.08473895-898 |
| 446 | 3/1/2005 | Summary Memo for Revision B of the Gynecare PROLIFT Design Failure Modes Effects Analysis (dFMEA) | ETH-03568-578 |
| 447 | | Gyencare GPS Brochure | ETH-00382-387 |
| 448 | | "Form for Test Method Applicability/Suitability" | ETH.MESH.01992234-37 |
| 449 | | PowerPoint: Graft or No Graft, by Dr. A. Arnaud | ETH.MESH.03906525 |
| 450 | 5/15/2006 | PowerPoint Slides re: Pelvic Floor Repair Platform - GAT | |
| 451 | 6/7/2003 | PowerPoint, "ATHOS/ARAMIS/PORTHOS, Concept ->Feasibility, 33pages | |
| 452 | | IMG_2250 trimmeds | |
| 453 | | Recurrence Rate Slide | |
| 454 | | Transcipts and Exhibits to Depositions of Plaintiff's Experts | |
| 455 | | Sales Brochure, "Biocompatibility is the science of living better,' | ETH.MESH.00004781-86 |
| 456 | | Memo from Scott Ciarrocca to Jennifer Paine et al re: Prolift Project D'Art regulatory strategy | ETH.MESH.00011731 |
| 457 | | Ethicon Internal Study--TVM-US Final Report | ETH.MESH.00012090-163 |
| 458 | | GYNEMESHPS A new Mesh for Pelvic Floor Repair Early Clinical Experience - White Paper | ETH.MESH.00015699 |
| 459 | | Clinical Data Synopsis: PROLIFT | ETH.MESH.00062770 |
| 460 | | Transcipts and exhibits to the deposition of Edward Lynch | |
| 461 | | Email from Vincenza Zaddem to Bryan Lisa with attachments related to Prolift Characteristics. | ETH.MESH.00081168 |
| 462 | | Email from Zenobia Walji to Kevin Mahar et al re: VOC & Follow Up for Clinical Information needed by late January [sic] for Prolift | ETH.MESH.00127017-21 |
| 463 | | Design History: DH0949 - DH0956 | ETH.MESH.00220297-1074 |
| 464 | | Clifford Volpe Email to Scott Jones with attached Journey from Prolift to Prolift +M | ETH.MESH.00273967-68 |
| 465 | | Transcripts and exhibits to the deposition of Dr. Bruce Rosenzweig and demonstratives | |
| 466 | | Essential Requirements Checklist, GYNECARE PROLIFT Pelvic Floor Repair System | ETH.MESH.00308758 |
| 467 | | Email from Meng Chen to Mark Yale Re: the feedback from the medical directors for the IFU update | |
| 468 | | Email from Giselle Bonet to Aixa Colon et al re Gynecare Prolift System Beta Launch Meeting- Invitation | ETH.MESH.00442102-03 |
| 469 | | Email from Piet Hinoul to Vanja Sikirica et al RE: International Urogynecology Journal - Decision on Manuscript ID IUJ-02-10-0073 | ETH.MESH.00578261 |
| 470 | | Email from Piet Hinoul to Vanja Sikirica et al RE: Prolift Review Manuscript Reviewer Suggestions | ETH.MESH.00578325 |
| 471 | | Next Generation Mesh Discussion | ETH.MESH.00582442-43 |
| 472 | | Performance evaluation technical report: assessment of competitor pelvic floor repair meshes, version 1 | ETH.MESH.00593165-89 |
| 473 | | Email from David Robinson to various recipients regarding Updated: CDMA call. | ETH.MESH.00594767 |
| 474 | | A Systematic Review of the Gynecare Prolift Pelvic Floor Repair System in Pelvic Organ Prolapse by Vanja Sikirica. | ETH.MESH.00596225 |
| 475 | | Blaivas Curriculum Vitae | |
| 476 | | Pence Curriculum Vitae | |
| 477 | | Prolift Exemplar | |
| 478 | | Plaintiff's Discovery Responses | |
| 479 | | Mays Curriculum Vitae | |
| 480 | | Galloway Curriculum Vitae | |
| 481 | | Tremp Curriculum Vitae | |
| 482 | | Matthew T. Henderson CV | |
| 483 | | Prolift Issue Reports | ETH-08343-53 |

PLAINTIFFS' EXHIBIT LIST
Burris v. Ethicon, et al.

| Ex No. | Date | Description | Bates No. |
| --- | --- | --- | --- |
| 484 | | Prolift Issue Reports | ETH-10127-38 |
| 485 | | Prolift Issue Reports | ETH-08926-36 |
| 486 | | Prolift Issue Reports | ETH-08894-903 |
| 487 | | Prolift Issue Reports | ETH-08776-93 |
| 488 | | Prolift Issue Reports | ETH-00639-48 |
| 489 | | Prolift Issue Reports | ETH-09541-57 |
| 490 | | Mesh Exemplar | |
| 491 | | All medical, radiological, and billing records related to Plaintiff's treatment by Dr. Mark Conway | |
| 492 | | All medical, radiological, and billing records related to Plaintiff's treatment at Blanchard Valley Regional Health Center | |
| 493 | | All medical, radiological, and billing records related to Plaintiff's treatment by Maurice Chung, M.D. | |
| 494 | | All medical records related to Plaintiff's treatment by Desrene Brown, M.D. | |
| 495 | | All medical records related to Plaintiff's treatment by Mark Walters, M.D. | |
| 496 | | All medical records related to Plaintiff's treatment by Howard Goldman, M.D. | |
| 497 | | All medical records related to Plaintiff's treatment by Joseph Veniero, M.D. | |
| 498 | | All medical records related to Plaintiff's treatment by Susan Hubbell, M.D. | |
| 499 | | All medical records related to Plaintiff's treatment by Isaac Chang, Ph.D. | |
| 500 | | All medical records related to Plaintiff's treatment by Obie Ramset, M.D. | |
| 501 | | All medical records related to Plaintiff's treatment by Lawrence, M.D | |
| 502 | | All medical records related to Plaintiff's treatment by Jeffrey Neuhauser, M.D. | |
| 503 | | Plaintiff's Expert Reports, Reliance Lists and any supplements of Niall Galloway, M.D. | |
| 504 | | All medical records related to Plaintiff's treatment at Cleveland Clinic | |
| 505 | | All medical records related to Plaintiff's treatment at Gastrointestinal Associates | |
| 506 | | All medical records related to Plaintiff's treatment at Lima Memorial | |
| 507 | | All medical records related to Plaintiff's treatment at LMP Internal Medicine and Family Care | |
| 508 | | All medical records related to Plaintiff's treatment at Ohio Health Primary Care Physicians | |
| 509 | | All medical records related to Plaintiff's treatment at Physical Medicine Associates of NW Ohio | |
| 510 | | All medical records related to Plaintiff's treatment at St. Joseph Hospital | |
| 511 | | All medical records related to Plaintiff's treatment at Womens Health For Life | |
| 512 | | All medical records | |
| 513 | | Plaintiff's Operative Complaint | |
| 514 | | Plaintiff's Photographs | |
| 515 | | Transcipts and Exhibits to the deposition of Niall Galloway, M.D. | |