**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**TINA BURRIS,**                                         CASE NO. 3:20 CV 1450

      Plaintiff,

      v.                                                 JUDGE JAMES R. KNEPP II

**ETHICON, INC., et al.,**

      Defendants.                          **JURY INTERROGATORY NO. 1**

Do you find from a preponderance of the evidence that the risks of the Prolift which Plaintiff Tina Burris claims caused her injuries were a matter of common knowledge among physicians who perform pelvic floor surgery at the time it was manufactured and sold by Ethicon, Inc./Johnson & Johnson?

Please answer Yes or No:

_____

**ALL JURORS MUST AGREE TO THE ANSWER GIVEN ABOVE AND CONFIRM THEIR AGREEMENT BY SIGNING BELOW.**

1. _____         7. _____
2. _____         8. _____
3. _____         9. _____
4. _____         10. _____
5. _____         11. _____(Foreperson)
6. _____

If the answer to Jury Interrogatory No. 1 is "yes," return a verdict for Defendants by proceeding to General Verdict Form No. 1, have all jurors sign the form, and inform the Court Security Officer that you have reached your verdict.

If the answer to Jury Interrogatory No. 1 is "no," proceed to Jury Interrogatory No. 2.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **TINA BURRIS,** | CASE NO. 3:20 CV 1450 |
| Plaintiff, | |
| v. | JUDGE JAMES R. KNEPP II |
| **ETHICON, INC., et al.,** | |
| Defendants. | **JURY INTERROGATORY NO. 2** |

Do you find from a preponderance of the evidence that the Prolift product was defective in its warnings at the time it was manufactured and sold by Ethicon, Inc./Johnson & Johnson?

Please answer Yes or No:

_____

**ALL JURORS MUST AGREE TO THE ANSWER GIVEN ABOVE AND CONFIRM THEIR AGREEMENT BY SIGNING BELOW.**

1. _____    7. _____
2. _____    8. _____
3. _____    9. _____
4. _____   10. _____
5. _____   11. _____ (Foreperson)
6. _____

If the answer to Jury Interrogatory No. 2 is "no," return a verdict for Defendants by proceeding to General Verdict Form No. 1, have all jurors sign the form, and inform the Court Security Officer that you have reached your verdict.

If the answer to Jury Interrogatory No. 2 is "yes," proceed to Jury Interrogatory No. 3.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**TINA BURRIS,**                                     CASE NO. 3:20 CV 1450

      Plaintiff,

      v.                                            JUDGE JAMES R. KNEPP II

**ETHICON, INC., et al.,**

      Defendants.                         **JURY INTERROGATORY NO. 3**

Do you find from a preponderance of the evidence that the warnings defect was the proximate cause of the injuries complained of by Plaintiff?

Please answer Yes or No:

_____

**ALL JURORS MUST AGREE TO THE ANSWER GIVEN ABOVE AND CONFIRM THEIR AGREEMENT BY SIGNING BELOW.**

1. _____          7. _____
2. _____          8. _____
3. _____          9. _____
4. _____          10. _____
5. _____          11. _____(Foreperson)
6. _____

If the answer to Jury Interrogatory No. 3 is "no," return a verdict for Defendants by proceeding to General Verdict Form No. 1, have all jurors sign the form, and inform the Court Security Officer that you have reached your verdict.

If the answer to Jury Interrogatory No. 3 is "yes," proceed to Jury Interrogatory No. 4.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **TINA BURRIS,** | **CASE NO. 3:20 CV 1450** |
| Plaintiff, | |
| v. | JUDGE JAMES R. KNEPP II |
| **ETHICON, INC., et al.,** | |
| Defendants. | **JURY INTERROGATORY NO. 4** |

State the total amount of economic damages, past and future, that would fairly and reasonably compensate Plaintiff Tina Burris for her injuries. Economic damages include (1) wages, salaries, or other compensation lost as a result of the Plaintiff's injuries; (2) all expenditures for medical care or treatment, rehabilitation services, or other care, treatment, services, products, or accommodations incurred as a result of the Plaintiff's injuries; and (3) any other expenditure incurred as a result of the Plaintiff's injuries other than attorney's fees incurred by the Plaintiff.

State your answer in ink here and enter these amounts in the appropriate place on General Verdict Form No. 2 in favor of Plaintiff.

Total economic damages in the amount of $_____, consisting of:

Past economic damages $ _____

Future economic damages $ _____

**ALL JURORS MUST AGREE TO THE ANSWERS GIVEN ABOVE AND CONFIRM THEIR AGREEMENT BY SIGNING BELOW ON THE FOLLOWING PAGE.**

Then, proceed to Jury Interrogatory No. 5.

**Jury Interrogatory No. 4 (cont'd)**

1. _____     7. _____

2. _____     8. _____

3. _____     9. _____

4. _____    10. _____

5. _____    11. _____(Foreperson)

6. _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **TINA BURRIS,** | CASE NO. 3:20 CV 1450 |
| Plaintiff, | |
| v. | JUDGE JAMES R. KNEPP II |
| **ETHICON, INC., et al.,** | |
| Defendants. | **JURY INTERROGATORY NO. 5** |

State the total amount of noneconomic damages, past and future, that would fairly and reasonably compensate Plaintiff Tina Burris for her injuries. Noneconomic damages include pain and suffering; loss of society, consortium, companionship, care, assistance, attention, protection, advice, guidance, counsel, instruction, training, or education; disfigurement; mental anguish; and any other intangible loss.

State your answer in ink here, enter this amount in the appropriate place on General Verdict Form No. 2, have all jurors sign the form returning a verdict in favor of Plaintiff, and inform the Court Security Officer that you have reached your verdict.

Total noneconomic damages in the amount of $_____, consisting of:

Past noneconomic damages $ _____

Future noneconomic damages $ _____

**ALL JURORS MUST AGREE TO THE ANSWERS GIVEN ABOVE AND CONFIRM THEIR AGREEMENT BY SIGNING BELOW ON THE FOLLOWING PAGE.**

6

**Jury Interrogatory No. 5 (cont'd)**

1. _____  7. _____

2. _____  8. _____

3. _____  9. _____

4. _____  10. _____

5. _____  11. _____(Foreperson)

6. _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**TINA BURRIS,**                                              CASE NO. 3:20 CV 1450

    Plaintiff,

    **v.**                                                         JUDGE JAMES R. KNEPP II

**ETHICON, INC., et al.,**

    Defendants.                                              **GENERAL VERDICT FORM 1**

We the jury, having weighed and considered the evidence presented, hereby enter a verdict in favor of Defendants Ethicon, Inc. and Johnson & Johnson on Plaintiff Tina Burris's claims and award Plaintiff no damages associated with those claims.

**ALL JURORS MUST CONFIRM THEIR AGREEMENT BY SIGNING BELOW**

1. _____        7. _____

2. _____        8. _____

3. _____        9. _____

4. _____        10. _____

5. _____        11. _____(Foreperson)

6. _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **TINA BURRIS,** | **CASE NO. 3:20 CV 1450** |
| Plaintiff, | |
| v. | JUDGE JAMES R. KNEPP II |
| **ETHICON, INC., et al.,** | |
| Defendants. | **GENERAL VERDICT FORM 2** |

We the jury, having weighed and considered the evidence presented, hereby enter a verdict in favor of Plaintiff Tina Burris on her claims against Defendants Ethicon, Inc. and Johnson & Johnson, and award compensatory damages as follows:

Total Economic damages in the amount of $_____, consisting of:

    Past economic damages $ _____

    Future economic damages $ _____

Total noneconomic damages in the amount of $_____, consisting of:

    Past noneconomic damages $ _____

    Future noneconomic damages $ _____

**ALL JURORS MUST CONFIRM THEIR AGREEMENT BY SIGNING BELOW**

1. _____       7. _____

2. _____       8. _____

3. _____       9. _____

4. _____     10. _____

5. _____     11. _____(Foreperson)

6. _____