IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**TINA BURRIS,**

    Plaintiff,

v.

**ETHICON, INC., et al.,**

    Defendants.

CASE NO. 3:20 CV 1450

JUDGE JAMES R. KNEPP II

**JURY INTERROGATORY NO. 1**

Do you find from a preponderance of the evidence that the risks of the Prolift which Plaintiff Tina Burris claims caused her injuries were a matter of common knowledge among physicians who perform pelvic floor surgery at the time it was manufactured and sold by Ethicon, Inc./Johnson & Johnson?

Please answer Yes or No:

_No_

**ALL JURORS MUST AGREE TO THE ANSWER GIVEN ABOVE AND CONFIRM THEIR AGREEMENT BY SIGNING BELOW.**



Foreperson)

If the answer to Jury Interrogatory No. 1 is "yes," return a verdict for Defendants by proceeding to General Verdict Form No. 1, have all jurors sign the form, and inform the Court Security Officer that you have reached your verdict.

If the answer to Jury Interrogatory No. 1 is "no," proceed to Jury Interrogatory No. 2.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

TINA BURRIS,                           CASE NO. 3:20 CV 1450

    Plaintiff,

v.                                     JUDGE JAMES R. KNEPP II

ETHICON, INC., et al.,

    Defendants.                    **JURY INTERROGATORY NO. 2**

Do you find from a preponderance of the evidence that the Prolift product was defective in its warnings at the time it was manufactured and sold by Ethicon, Inc./Johnson & Johnson?

Please answer Yes or No:

 No

**ALL JURORS MUST AGREE TO THE ANSWER GIVEN ABOVE AND CONFIRM THEIR AGREEMENT BY SIGNING BELOW.**



(person)

If the answer to Jury Interrogatory No. 2 is "no," return a verdict for Defendants by proceeding to General Verdict Form No. 1, have all jurors sign the form, and inform the Court Security Officer that you have reached your verdict.

If the answer to Jury Interrogatory No. 2 is "yes," proceed to Jury Interrogatory No. 3.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

TINA BURRIS,             CASE NO. 3:20 CV 1450

    Plaintiff,

v.                       JUDGE JAMES R. KNEPP II

ETHICON, INC., et al.,

    Defendants.             **GENERAL VERDICT FORM 1**

We the jury, having weighed and considered the evidence presented, hereby enter a verdict in favor of Defendants Ethicon, Inc. and Johnson & Johnson on Plaintiff Tina Burris's claims and award Plaintiff no damages associated with those claims.

**ALL JURORS MUST CONFIRM THEIR AGREEMENT BY SIGNING BELOW**



(person)