# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**TINA BURRIS,**                       CASE NO. 3:20 CV 1450

    Plaintiff,

    v.                                    JUDGE JAMES R. KNEPP II

**ETHICON, INC., et al.,**

    Defendant.                       **JUDGMENT ENTRY**

The Court, consistent with the jury verdict returned this same date, hereby enters judgment in favor of Defendants, Ethicon, Inc. and Johnson & Johnson, and against Plaintiff Tina Burris.

IT IS SO ORDERED.

                                               s/ *James R. Knepp II*
                                               UNITED STATES DISTRICT JUDGE

                                               July 21, 2022